# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JIMMY LEE WHEELER,

    Plaintiff,

v.                            CASE NO. 5:15-cv-00232-MP-GRJ

J FOSTER, DERRICK JOHNSON,

    Defendants.

_____/

## O R D E R

This cause is before the Court on the Magistrate Judge's Report and Recommendation dated October 24, 2016. (Doc. 69). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 72. I have made a de novo review based on those objections. The plaintiff's objections complain of further denial of meals but do not appear to oppose any recommendations of the Magistrate Judge. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. Doc. 58, the Motion to Dismiss filed by Derrick Johnson and J Foster should be GRANTED IN PART for failure to state a claim upon which relief can be granted, and DENIED IN PART . This matter is referred back to the Magistrate Judge.

**DONE AND ORDERED** this _6th_ day of December, 2016

                            *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge